## GEORGE B. MANES v. THE STATE.

It would seem that in an indictment under the 64th Section of the Act of March 20th, 1848, (Hart. Dig. Art. 560,) for maliciously killing a jack, the property of another, it is not necessary to allege the value of the jack, nor that the killing was done with intent to injure the owner.

Where the recognizance on appeal to the Supreme Court was to appear at the present Term of the Supreme Court now held at Austin, and there remain from day to day and from Term to Term until discharged by law, &c., the appeal was dismissed by the Court, of its own motion, on the ground that the recognizance was void; the condition prescribed by statute being, that the defendant should appear at the next Term of the District Court, and from Term to Term thereafter, then and there to abide whatever judgment, &c.

Appeal from Caldwell. Tried below before the Hon. Thomas H. DuVal.

Indictment for maliciously killing a jack, the property of one C. E. Metcalf. Motion to quash on the ground that it was not averred that the killing was done with intent to injure the owner, and that no value was placed on said jack. Motion overruled. Conviction; appeal, and recognizance in the form described in the Opinion.

*Attorney-General*, for appellee.

HEMPHILL, CH. J. This is an indictment for killing a jack; and a motion to quash was overruled. We had examined the alleged error of this ruling, and were satisfied that the ground was not well taken, and that there was no error ; but on a more close inspection of the record, it appeared that the recognizance was defective in this, that it bound the appellant to make his personal appearance at the present Term of the Supreme Court now held at Austin, and there remain from day to day and from Term to Term until discharged by law, &c. &c., whereas he should have been bound to appear at the next Term of the District Court, and from Term to Term thereafter, then and there to abide whatever judgment, &c. &c. (Acts of 1854, p. 71.)

This is fatal to the appeal, and accordingly it is ordered that the same be dismissed.

Appeal dismissed.